NUMBER13-06-496-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


TEXEN OIL & GAS, INC., Appellant,


v.



JOCELYNN S. ARNOLD, ET AL., Appellees.

__________________________________________________________________


On appeal from the 24th District Court


of Victoria County, Texas.


__________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, TEXEN OIL & GAS, INC., perfected an appeal from a judgment
entered by the 24th District Court of Victoria County, Texas, in cause number 05-2-62,357-AA. The clerk's record was filed on October 31, 2006. The reporter's record
was filed on September 15, 2006. Appellant's brief was due on November 30, 2006. 
To date, no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On December 14, 2006, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 25th day of January, 2007